NUMBER 13-09-00559-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG 
______________________________________________________________
 
IN THE GUARDIANSHIP OF CARMEN DEL FIERRO DE GARCIA, AN
INCAPACITATED PERSON
_____________________________________________________________

On Appeal from the County Court at Law No. 1
of Cameron County, Texas.
______________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Vela
Memorandum Opinion Per Curiam

          Appellant, Armando Garcia, Jr., perfected an appeal from a judgment entered by
the County Court at Law No. 1 of Cameron County, Texas, in cause number
2009-CGC-57-A. On February 3, 2010, appellant informed the Clerk of the Court that the
ward in this case, Carmen del Fierro de Garcia, had died and that there was no need to
continue with the guardianship that formed the basis of this appeal. Appellee has filed an
unopposed motion to dismiss the appeal on the basis that the appeal is moot. Appellee
requests that this Court dismiss the appeal. 
          The Court, having considered the documents on file and appellee’s unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellee’s motion to dismiss is granted, and the appeal is hereby
DISMISSED. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). 
 
                                                                           PER CURIAM
Delivered and filed the
4th day of March, 2010.